IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NETRAYA L. RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:12-cv-01192 |
| v. ) | |
| ) | |
| ) | JURY DEMANDED |
| CELLCO PARTNERSHIP, ) | |
| d/b/a VERIZON WIRELESS ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STANLEY WEINER

Pursuant to Local Rule 83.01(d), Defendant Cellco Partnership d/b/a Verizon Wireless moves the Court for the admission *pro hac vice* of attorney Stanley Weiner.

Stanley Weiner is an attorney in good standing and admitted to practice before the United States District Court for the Northern District of Ohio since 2009, with an office address of:

>  Jones Day
>  North Point, 901 Lakeside Avenue, Cleveland, OH 44114
>  (216) 586-7763
>  Sweiner@JonesDay.com

A Certificate of Good Standing is being filed simultaneously with this Motion.

>  /s/ Andrew S. Naylor
>  Andrew S. Naylor (17128)
>  Waller Lansden Dortch & Davis, LLP
>  511 Union Street, Suite 2700
>  Nashville, TN 37219
>  (615) 244-6380 (Telephone)
>
>  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

  Morgan E. Smith
  Law Office of Morgan Smith
  144 2nd Avenue North, Suite 200
  Nashville, TN 37201

  Randall W. Burton
  Jackson & Burton, PLLC
  114 Second Avenue North, Suite 450
  Nashville, TN 37201

This 18th day of March 2013.

              /s/ Andrew S. Naylor