# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NETRAYA L. RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:12-cv-01192 |
| v. ) | |
| ) | |
| ) | JURY DEMANDED |
| CELLCO PARTNERSHIP, ) | |
| d/b/a VERIZON WIRELESS ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN JORGENSEN

Pursuant to Local Rule 83.01(d), Defendant Cellco Partnership d/b/a Verizon Wireless moves the Court for the admission *pro hac vice* of attorney Brian Jorgensen.

Brian Jorgensen is an attorney in good standing and admitted to practice before the United States District Court for the Northern District of Texas since December 14, 1999, with an office address of:

> Jones Day
> 2929 N. Harwood Street
> Dallas, Texas 75021
> (214) 969-3741
> bmjorgensen@jonesday.com

A Certificate of Good Standing is being filed simultaneously with this motion.

/s/ Andrew S. Naylor
Andrew S. Naylor (17128)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (Telephone)

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon:

Morgan E. Smith
Law Office of Morgan Smith
144 2nd Avenue North, Suite 200
Nashville, TN 37201

Randall W. Burton
Jackson & Burton, PLLC
114 Second Avenue North, Suite 450
Nashville, TN 37201

This 27th day of March 2013.

/s/ Andrew S. Naylor