```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

NETRAYAL L. RICE and VIRGINIA L.  )
REED, individually and on behalf  )
of others similarly situated,     )
                                  )
        Plaintiffs                )
                                  )      No. 3:12-1192
v.                                )      Judge Campbell/Brown
                                  )      **Jury Demand**
CELLCO PARTNERSHIP d/b/a          )
VERIZON WIRELESS,                 )
                                  )
        Defendants                )

## O R D E R

At the request of counsel a telephone conference with Magistrate Judge Joe Brown is set for **Monday, August 25, 2014, at 11:00 a.m**.

**To participate in the conference call, parties will call 877-873-8017 (and enter Code 1958322#) at the scheduled time.**

It is so **ORDERED**.

                                /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge