# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NETRAYA L. RICE, and VIRGIINA L. REED Individually and on behalf of others similarly situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) CELLCO PARTNERSHIP d/b/a VERIZON ) WIRELESS, ) ) Defendant. ) | Case No. 3:12-cv-01192<br><br>Judge Campbell/Brown |

## JOINT MOTION FOR EXTENSION OF ALL DEADLINES

The parties hereby move the Court to extend all deadlines set forth in the April 23 and 25, 2014 case management orders (Doc. Nos. 90 and 91) for four months. The case management orders currently provide that non-expert fact discovery will close on December 10, 2014 and a jury trial will start on November 17, 2015. Given the time, expense and uncertainty associated with continued litigation, including the time and expense tied to the considerable discovery anticipated, the parties have agreed that this matter may be amendable to resolution through mediation. The parties have agreed to undertake mediation before a mediator with significant wage and hour collective action mediation experience. The parties are working diligently to select such a mediator; once selected, the parties will expeditiously schedule mediation.

At this time, the parties believe that focusing solely on settlement discussions will be the most productive, cost-effective and efficient use of their and the Court's resources. Therefore, the parties respectfully request that all pending deadlines, including the trial date, be extended by

CLI-2248584v1

four months as follows:

- *Deadline to file briefs on preemption issue:  December 12, 2014*
- *Non-expert discovery completion:  April 10, 2015*
- *Disclosure of expert witness and Rule 26(a)(2)(B) information by the party bearing the burden of proof:  March 12, 2015*
- *Rebuttal expert witness reports:  April 13, 2015.*
- *Supplements to expert reports:  May 12, 2015*
- *Expert discovery completion:  June 5, 2015*
- *Verizon Wireless's Motion to Decertify Opt-in Class:  May 21, 2015*
- *Plaintiffs' Opposition:  July 10, 2015*
- *Verizon Wireless's Reply:  July 24, 2015*
- *Daubert motions:  July 10, 2015*
- *Opposition to Daubert motions:  July 24, 2015*
- *Replies in support of Daubert motions:  August 12, 2015*
- *Dispositive motions:  September 22, 2015*
- *Responses to dispositive motions:  within 28 days after service of dispositive motion*
- *Replies:  within 14 days after service of Response*
- *Pretrial filings, joint proposed jury instructions and verdict forms, witness lists, exhibits lists and any stipulations:  March 2, 2016*
- *Motions in limine and objections to expert testimony:  February 26, 2016*
- *Pretrial conference:  March 9, 2016*
- *Trial:  March 17, 2016*

In the alternative, the parties request a stay of all proceedings pending mediation.  This extension serves the interests of justice by conserving the resources of all involved.  The parties would further show that this Motion is not interposed for reasons of delay.

Respectfully submitted,

| | |
|---|---|
| /s/  Randall Burton (per written consent) | /s/  Heather Dechert |
| Morgan E. Smith (26601) | Stanley Weiner* |
| 144 Second Avenue, North | (Ohio State Bar No. 0083382) |
| Suite 201 | Heather L. Dechert* |
| Nashville, Tennessee 37201 | (Ohio State Bar No. 0086918) |
| Telephone: (615) 620-5848 | JONES DAY |
| Facsimile:  (615) 244-9231 | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114-1190 |
| Randall W. Burton (15393) | Telephone:  (216) 586-3939 |
| 144 Second Avenue, North | Facsimile:  (216) 579-0212 |
| Suite 212 | sweiner@jonesday.com |
| Nashville, Tennessee 37201 | |
| Telephone:  (615) 620-5838 | Brian Jorgensen* |
| | (Texas State Bar No. 24012930) |
| *Counsel for Plaintiffs* | JONES DAY |
| | 2727 N. Harwood Street |
| | Dallas, Texas 75201-1568 |
| | Telephone:  (214) 220-3939 |
| | Facsimile:  (214) 969-5100 |
| | bmjorgensen@jonesday.com |
| | |
| | Andrew S. Naylor (17128) |
| | Waller Lansden Dortch & Davis, LLP |
| | 511 Union Street, Suite 2700 |
| | Nashville, TN 37219 |
| | |
| | * admitted pro hac vice |
| | |
| | *Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2014, I electronically filed the above using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

Morgan E. Smith
Law Office of Morgan Smith
144 2nd Avenue North
Suite 201
Nashville, TN 37201
(615) 620-5848
Fax: (615) 244-9231
Email: morgan@lawonyourschedule.com

Randall W. Burton
Jackson & Burton, PLLC
144 Second Avenue, N
Suite 212
Nashville, TN 37201
(615) 620-5838
Email: randallwburton@gmail.com

Attorneys for Plaintiffs

    /s/ Heather Dechert
Heather L. Dechert
Attorney for Defendant Cellco Partnership
d/b/a Verizon Wireless

CLI-2248584v1

Case 3:12-cv-01192   Document 104   Filed 08/22/14   Page 4 of 4 PageID #: 1462