# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NETRAYA L. RICE, and VIRGIINA L. REED Individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>    Defendant. | Case No. 3:12-cv-01192<br><br>Judge Campbell/Brown |

## JOINT MOTION TO EXTEND DEADLINES

The parties hereby move the Court to extend the deadline set forth in the August 22, 2014 case management order to file briefs on the issue of preemption, which was set for December 12, 2014, until March 12, 2015. (Dkt. No. 105.) Through private mediation, conducted with respected mediator Michael Russell, the parties have agreed to settle this action. The parties have agreed on all material issues and are in the process of finalizing a formal settlement agreement. As such, good cause exists for the Court to modify the scheduling order in this limited respect. Further, the parties anticipate providing a joint motion for approval of the settlement to the Court within sixty days.

This extension serves the interests of justice by conserving the resources of all involved. The parties would further show that this Motion is not interposed for reasons of delay.

Respectfully submitted,

| | |
|---|---|
| /s/ Randall Burton | /s/ Heather Dechert |
| Morgan E. Smith (26601) | Stanley Weiner* |
| 144 Second Avenue, North | (Ohio State Bar No. 0083382) |
| Suite 201 | Heather L. Dechert* |
| Nashville, Tennessee 37201 | (Ohio State Bar No. 0086918) |
| Telephone: (615) 620-5848 | JONES DAY |
| Facsimile: (615) 244-9231 | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114-1190 |
| Randall W. Burton (15393) | Telephone: (216) 586-3939 |
| 144 Second Avenue, North | Facsimile: (216) 579-0212 |
| Suite 212 | sweiner@jonesday.com |
| Nashville, Tennessee 37201 | |
| Telephone: (615) 620-5838 | Brian Jorgensen* |
| | (Texas State Bar No. 24012930) |
| *Counsel for Plaintiffs* | JONES DAY |
| | 2727 N. Harwood Street |
| | Dallas, Texas 75201-1568 |
| | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |
| | bmjorgensen@jonesday.com |
| | |
| | Andrew S. Naylor (17128) |
| | Waller Lansden Dortch & Davis, LLP |
| | 511 Union Street, Suite 2700 |
| | Nashville, TN 37219 |
| | |
| | * admitted pro hac vice |
| | |
| | *Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless* |

# CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2014, I electronically filed the above using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys:

Morgan E. Smith
Law Office of Morgan Smith
144 2nd Avenue North
Suite 201
Nashville, TN 37201
(615) 620-5848
Fax: (615) 244-9231
Email: morgan@lawonyourschedule.com

Randall W. Burton
Jackson & Burton, PLLC
144 Second Avenue, N
Suite 212
Nashville, TN 37201
(615) 620-5838
Email: randallwburton@gmail.com

Attorneys for Plaintiffs

   /s/ Heather Dechert
Heather L. Dechert
Attorney for Defendant Cellco Partnership
d/b/a Verizon Wireless